<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7269**

———————

UNITED STATES OF AMERICA,

Petitioner - Appellee,

versus

LEONARD SHELTON MCCULLOUGH, JR., a/k/a Lennie
Boo,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle
District of North Carolina, at Winston-Salem.  Frank W. Bullock,
Jr., District Judge.  (CR-96-195, CA-03-204-1)

———————

Submitted:  November 19, 2003        Decided:  December 4, 2003

———————

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Leonard Shelton McCullough, Jr., Appellant Pro Se.  Paul Alexander
Weinman, Assistant United States Attorney, Winston-Salem, North
Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leonard Shelton McCullough, Jr., appeals the district court's order accepting the recommendation of the magistrate judge denying his motion for modification of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. McCullough, Nos. CR-96-195; CA-03-204-1 (M.D.N.C. Aug. 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2